JOSEPH SCHWARTZ, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

(Argued April 6, 1931; decided May 12, 1931.)

*David Goldstein* and *Thomas G. Frost* for appellant.

*Peter C. Mann* and *James D. Ewing* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.